## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,            ) <br> ) <br> v.            ) <br> ) <br> RICHARD WEISS,            ) <br> ) <br> Defendant.            ) | Case No 24-10005 |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendations of United States Magistrate Judge Jonathan Hawley to which there have been no timely objection, the plea of guilty of the Defendant to the Counts 1 and 2 of the Information is hereby accepted, and Defendant is adjudged guilty of such offense. This matter remains set for sentencing on May 30, 2024 at 10:00 a.m. in Peoria.

ENTERED March 13, 2024.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge